[No. 14698-3-II.   Division Two.   June 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID BURGESS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 90-1-00152-1, James B. Sawyer II, J., entered February 11, 1991. *Affirmed* by unpublished opinion per Seinfeld, A.C.J., concurred in by Morgan, J., and Petrich, J. Pro Tem.

[No. 28729-0-I.   Division One.   June 7, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH K. LAI, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-1-00435-2, Michael F. Moynihan, J., entered June 20, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster, C.J., and Forrest, J.

[No. 31660-5-I.   Division One.   June 7, 1993.]

*In the Matter of the Personal Restraint of* BARON BERKINS, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 28951-9-I.   Division One.   June 7, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. BRIAN THOMAS WESTMORE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00327-7, Carmen Otero, J., entered July 15, 1991. *Remanded* by unpublished opinion per Webster, C.J., concurred in by Coleman and Grosse, JJ.